# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH A. NOEL,<br><br>　　　　Defendant. | Case No. 14-cv-05054-VC<br><br>**ORDER GRANTING 30-DAY EXTENSION**<br><br>Re: Dkt. No. 14 |

Noel has a 30-day extension to file his answer, which is now due on January 16, 2015.

**IT IS SO ORDERED**.

Dated: December 17, 2014

_____
VINCE CHHABRIA
United States District Judge